[Criminal No. 89.]

THE UNITED STATES OF AMERICA, Respondent, v. GEORGE PRICE, Appellant.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa.   A. C. Baker, Judge.

Kibbey & Israel, for Appellant.

E. E. Ellinwood, U. S. District Attorney, for Respondent.

March 8, 1894.   Reversed.

———————

[Criminal No. 91.]

THE TERRITORY OF ARIZONA, Respondent, v. JOHN LYALL, Appellant.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.   R. E. Sloan, Judge.

Allen R. English, for Appellant.

Francis J. Heney, Attorney-General, for Respondent.

HAWKINS, J.—Indictment for conspiracy with Henry B. Turner et al.   The defendants Turner and Lyall severed on the trial.   The testimony is substantially the same as that in the case of *Territory* v. *Turner* (No. 90), *ante*, p. 197, 37 Pac. 368, and fails to show the conspiracy charged.   The defendants may have been guilty of a misdemeanor, charged as the overt acts, or, from the testimony,—if the cattle killed at the time of their arrest were not their property, and the same were unlawfully and feloniously taken,—of grand larceny.   They were not tried for these offenses.   The motion to direct a verdict of not guilty should have been sustained. For these and the reasons stated (*Territory* v. *Turner, supra*) the judgment is reversed.

Baker, C. J., concurs.